STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK     )

Julian Weinstein, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Queens County, New York.

That on December 17, 2015, deponent served the within **AMENDED NOTICE OF REMOVAL and CIVIL COVER SHEET** upon the attorneys and parties listed below by United States prepaid mail by placing same in a mailbox in the State of New York:

TO:

Brian M. King, Esq.
Law Offices of Brian M. Kin, P.C.
Attorneys for Plaintiff
1400 Avenue Z – Suite 503
Brooklyn, New York 11235
718-942-5100

_____
Julian Weinstein

Sworn to before me this
17th day of December, 2015

_____
Notary Public

YURI KAKURIEV
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KA6052808
COMM. EXP. 12/26/2019